UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:

**Jesse and Marilyn Davenport**
                                         Case No. 08-53605
                                         Judge Tucker
                                         Chapter 13

                      **Debtor(s)**     /

## ORDER CONFIRMING PLAN

The Debtor(s) Chapter 13 plan was duly served on all parties in interest.  A hearing on confirmation of the plan was held after due notice to parties in interest.  Objections, if any, have been resolved.  The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. S1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the Debtor(s) Chapter 13 plan, as last modified, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of John A. Steinberger and Associates, P.C., attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $3,000 in fees and $0 in expenses, and that the portion of such claim which has not already been paid, to-wit: $2,844 shall be paid by the Trustee as an administrative expense of this case.

IT IS FURTHERED ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 U.S.C. S502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED as follows: [Only provisions checked below apply]

- **X** The Debtor shall remit <u>100</u>% of all tax refunds to which Debtor is entitled during the pendency of the Plan and shall not alter withholdings without Court approval.  The Internal Revenue Service is ordered to direct to the Chapter 13 Trustee the requisite refund to which the Debtor(s) become(s) entitled during the pendency of this Chapter 13 proceeding.
- ☐ The Debtor(s) Plan shall continue for no less than _____ months.
- ☐ The Debtor(s) Plan payments shall be increased to **$323.80** per **Weekly** effective the **21** day of **August, 2008**.
- ☐ Creditors rights to object to the last filed Modified Plan are preserved until _____.
- **X** **The Creditor, Wayne County Treasurer shall receive for their Class V claim, $1,753.56 with an 18% interest rate, in the amount of $44.51 per month for 60 months, and $3,462.10 with an 18% interest rate, in the amount of $87.91 per month for 60 months, and $3,323.63 with an 12% interest rate, in the amount of $73.93 per month for 60 months, and shall retain its lien until paid in full.**

**OBJECTIONS WITHDRAWN:**

For: **Creditor Wayne County Treasurer /s/ Craig Rule (P67005)**

For: Creditor _____

**APPROVED:**

| | |
|---|---|
| __/s/ Tammy Terry_____ | /s/ Noel Aaron Cimmino_____ |
| TAMMY L. TERRY (P46254) | Attorney for Debtor(s) |
| Chapter 13 Standing Trustee | Noel Aaron Cimmino (P61176) |
| 515 Griswold, Suite 2100 | Roxanne Canestrelli (P68269) |
| Detroit, MI  48226 | John A. Steinberger & Associates, P.C. |
| 313-967-9857 | 17515 W. 9 Mile Rd. Ste 420 |
| | Southfield, MI 48075 |
| | (248) 559-4055 |

**Signed on August 28, 2008**

      **_/s/ Thomas J. Tucker_**
      **Thomas J. Tucker**
      **United States Bankruptcy Judge**